## United States Bankruptcy Court
### District of Colorado

In re  **Denver Bouldering Club, LLC**  
Debtor(s)

Case No.  **25-14161**  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ben Bryant**<br>201 Pearl St.<br>Denver, CO 80203 | Common | 25% | Minority |
| **John Gass**<br>21726 River Canyon Rd. Unit C<br>Chattanooga, TN 37405 | Common | 2.2% | Minority |
| **Matt Bucaric**<br>704 Roxburg Cove<br>Brentwood, TN 37027 | Common | 8.8% | Minority |
| **Thomas Betterton**<br>2333 S Balsam Ln.<br>Denver, CO 80227 | Common | 64% | Majority |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 3, 2025**

Signature  **/s/ Thomas Betterton**  
**Thomas Betterton**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders