# CORPORATE RESOLUTION

Denver Bouldering Club, LLC (the "Company") hereby adopts the following resolutions on June 30, 2025:

"WHEREAS it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11, Subchapter V of Title 11 of the United States Code;

BE IT THEREFORE RESOLVED that Thomas Betterton, as CEO and Manager of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

BE IT FURTHER RESOLVED that Thomas Betterton, the CEO and Manager of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED that the Company is authorized and directed to employ the law firm of Wadsworth Garber Warner Conrardy, P.C. to represent the Company in such bankruptcy case."

Signed this __30__ day of June, 2025.

DENVER BOULDERING CLUB, LLC


_Thomas Betterton_
_____
By: Thomas Betterton
Its: CEO/Manager