### United States Bankruptcy Court
### District of Colorado

In re   **Denver Bouldering Club, LLC**                              Case No.   **25-14161**
Debtor(s)                                                            Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Denver Bouldering Club, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  3, 2025**                                   /s/ David J. Warner
Date                                                **David J. Warner**
                                                    Signature of Attorney or Litigant
                                                    Counsel for   **Denver Bouldering Club, LLC**
                                                    **Wadsworth Garber Warner Conrardy, P.C.**
                                                    **2580 West Main Street**
                                                    **Suite 200**
                                                    **Littleton, CO 80120**
                                                    **303-296-1999 Fax:303-296-7600**
                                                    **dwarner@wgwc-law.com**