**Fill in this information to identify your case**

UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO

| Debtor 1: | **Denver Bouldering Club, LLC** | Case # | **25-14161 TBM** |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |
| Debtor 2: | | Chapter | **11** |
| | First Name   Middle Name   Last Name | | |

**Local Bankruptcy Form 1007-7.1**
**Disclosure Regarding Receivers**

**Check applicable box and complete the applicable sections.**

| Part 1 | Disclosure |
|---|---|

In a chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7:

☑ No receiver is in possession of debtor's property.
☐ A receiver is in possession of all or part of the debtor's property:

| | |
|---:|---|
| Identification (by address or legal description) of property: | |
| Name of creditor: | |
| Name of receiver: | |
| Address for receiver: | |
| Telephone number for receiver: | |
| Attorney for receiver, if applicable: | |
| Address for attorney for receiver, if applicable: | |
| Telephone number for attorney for receiver, if applicable: | |
| Date of appointment of receiver: | |
| Court appointing receiver: | |
| Case Number for court appointing receiver: | |

| Part 2 | Signature of Debtor's Attorney or Debtor (if unrepresented) |
|---|---|

Dated: **July 3, 2025**    By: **/s/ David J. Warner**
**David J. Warner**
Signature

Bar Number (if applicable): **38708 CO**
Mailing Address: **2580 West Main Street**
**Suite 200**
**Littleton, CO 80120**
Telephone number: **303-296-1999**
Facsimile number: **303-296-7600**
E-mail address: **dwarner@wgwc-law.com**