**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| DENVER BOULDERING CLUB, LLC, | ) Case No. 25-14161 TBM |
| | ) Chapter 11, Subchapter V |
| | ) |
| | ) |
| Debtor. | ) |

**ORDER GRANTING DEBTOR'S MOTION TO REJECT UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY**

THIS MATTER comes before the Court on the *Debtor's Motion to Reject Unexpired Lease of Non-Residential Real Property* (the "Motion"). The Court, having read the Motion and any responses or objections thereto, and being fully advised in the premises, does hereby

ORDER that the Motion is GRANTED. It is

FURTHER ORDERED that to the extent the lease at issue was not terminated prepetition, the following lease is rejected as of July 3, 2025 the date the Motion was filed:

| Location Name | Address | Landlord |
|---|---|---|
| North Gym | 720 W 84th Ave. Ste. A, Thornton, CO 80221 | RIO Commercial 200 Lipan St. Denver, CO 80223 |

DATED this ____ day of _____, 2025.

BY THE COURT:

_____
Hon. Thomas B. McNamara
United States Bankruptcy Judge