**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| DENVER BOULDERING CLUB, LLC, | ) Case No. 25-14161 TBM |
| | ) Chapter 11, Subchapter V |
| | ) |
| | ) |
| Debtor. | ) |

**DEBTOR'S MOTION TO REJECT UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY**

COMES NOW Denver Bouldering Club, LLC ("Debtor"), by and through undersigned counsel, for *Debtor's Motion to Reject Unexpired Lease of Non-Residential Real Property* pursuant to 11 U.S.C. § 365(a) and Fed. R. Bankr. P. 6006, and in support thereof, respectfully states as follows:

1. Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V of the United States Bankruptcy Code on July 3, 2025, and is operating as a debtor-in-possession.

2. Debtor operates several bouldering and climbing gyms in the Denver area. Debtor's primary operations consist of providing memberships for members to practice bouldering and climbing in its gyms, as well as providing coaching and other educational services for outdoor activities.

3. Debtor is the lessee under several non-residential leases for gym locations.

4. To the extent the lease at issue was not terminated pre-petition, Debtor desires to reject the following lease (the "Lease") as of the date of this Motion:

| Location Name | Address | Landlord |
|---|---|---|
| North Gym | 720 W 84th Ave. Ste. A, Thornton, CO 80221 | RIO Commercial 200 Lipan St. Denver, CO 80223 |

5. Pursuant to § 365(a), made applicable to Debtor by § 1184, Debtor, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."

6. Courts routinely apply the business judgment test when determining whether a debtor-in-possession may reject an unexpired lease. *Matter of Tilco*, 558 F.2d 1369, 1372 (10th Cir. 1977). The business judgment test requires only that the debtor-in-possession demonstrates that rejection will benefit the estate. *In re Stable Mews Assocs., Inc.*, 41 B.R. 594, 595 (Bankr. S.D.N.Y. 1984).

7. Grounds exist to reject the Lease. The location at issue is losing money and is burdensome to Debtor's estate. Debtor plans on closing the gym to increase Debtor's profitability and eliminate an underperforming location. Rejecting the lease will also benefit Debtor's estate by reducing administrative claims against Debtor.

WHEREFORE, Debtor respectfully requests that this Court enter an Order, a proposed form filed herewith, authorizing Debtor to reject the Lease, and for such other and further relief as the Court deems just.

DATED this 3rd day of July, 2025.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ David J. Warner*
David J. Warner, #38708
2580 West Main Street, Suite 200
Littleton, Colorado 80128
303-296-1999 / 303-296-7600 FAX
dwarner@wgwc-law.com
Attorneys for the Debtor-in-Possession