# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DENVER BOULDERING CLUB, LLC, ) | Case No. 25-14161 TBM |
| ) | Chapter 11, Subchapter V |
| ) | |
| Debtor. ) | |

## NOTICE OF DEBTOR'S MOTION TO REJECT UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY

## OBJECTION DEADLINE: JULY 17, 2025

YOU ARE HEREBY NOTIFIED that Denver Bouldering Club, LLC has filed a *Debtor's Motion to Reject Unexpired Lease of Non-Residential Real Property* (the "Motion") with the Bankruptcy Court and requests the following relief:

An order rejecting the following lease:

| Location Name | Address | Landlord |
|---|---|---|
| North Gym | 720 W 84th Ave. Ste. A, Thornton, CO 80221 | RIO Commercial<br>200 Lipan St.<br>Denver, CO 80223 |

If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED July 3, 2025.          Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ David J. Warner*
David J. Warner, #38708
2580 West Main Street, Suite 200
Littleton, Colorado 80128
303-296-1999 / 303-296-7600 FAX
dwarner@wgwc-law.com
Attorneys for the Debtor-in-Possession