**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| DENVER BOULDERING CLUB, LLC, | ) Case No. 25-14161 TBM |
| | ) Chapter 11, Subchapter V |
| | ) |
| | ) |
| Debtor. | ) |

**CERTIFICATE OF SERVICE**

**9013-1 Certificate of Service of Motion, Notice and Proposed Order:**

The undersigned certifies that on July 3, 2025, I served by prepaid United States first-class mail, or electronically through CM/ECF, a copy of the Debtor's Motion to Reject Unexpired Lease of Non-Residential Real Property, Notice, and proposed Order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed.R.Bankr.P. and the L.B.R. at the following addresses:

Denver Bouldering Club, LLC
2333 S Balsam Ln.
Denver, CO 80227

Huron Plaza, LLC
c/o Dunton Commercial
5570 DTC Pkwy, Ste. 150
Greenwood Village, CO 80111

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov

**2002-1 Certificate of Service of Notice**:

I certify that on July 3, 2025, I served by prepaid United States first-class mail a copy of the Notice on the following parties in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on July 3, 2025, in accordance with the Fed.R.Bankr.P. and L.B.R.

*/s/ Sydney Schillereff*
For Wadsworth Garber Warner Conrardy, P.C.

```
Label Matrix for local noticing        Ben Bryant                              Chase
1082-1                                  201 Pearl St.                           PO Box 6294
Case 25-14161-TBM                       Denver, CO 80203-4112                   Carol Stream, IL 60197-6294
District of Colorado
Denver
Thu Jul  3 10:05:11 MDT 2025

Colorado Department of Revenue          Denver Bouldering Club, LLC             Internal Revenue Service
Attn  Bankruptcy                        2333 S Balsam Ln.                       Centralized Insolvency Operation
1881 Pierce St. Rm. 104                 Denver, CO 80227-3162                   PO Box 7346
Denver, CO 80214-1424                                                           Philadelphia, PA 19101-7346


NR Denver Industrial Portfolio LLC      Oxford LLC                              RIO Commercial
c/o Corporation Service Company         1550 Wewatta St. Ste. 710               Carmen Miller
251 Little Falls Dr.                    Denver, CO 80202-6481                   200 Lipan St.
Wilmington, DE 19808-1674                                                       Denver, CO 80223-1318


Thomas Betterton                        US Small Business Administration        US Trustee
2333 S Balsam Ln.                       PO Box 3918                             Byron G. Rogers Federal Building
Denver, CO 80227-3162                   Portland, OR 97208-3918                 1961 Stout St.
                                                                                Ste. 12-200
                                                                                Denver, CO 80294-6004


David Warner                            End of Label Matrix
2580 W. Main Street                     Mailable recipients    12
Ste. 200                                Bypassed recipients     0
Littleton, CO 80120-4631                Total                  12
```