# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br>Denver Bouldering Club, LLC<br>Tax ID/EIN: 26-4025588<br>Debtor. | Case No. 25-14161-TBM<br><br>Chapter 11 |

## UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

The Acting United States Trustee ("UST"), by and through undersigned counsel, files this entry of appearance and request for notices. Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Dated: July 3, 2025

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee, Region 19

/s/ Benjamin A. Sales
By: Benjamin A. Sales #51551
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, CO  80294
(303) 312-7236 telephone
Benjamin.A.Sales@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set forth below a copy of the UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served by deposit in the United States Mail, postage prepaid, to the following parties:

Dated: July 3, 2025

Via CM/ECF to:

- David J. Warner at dwarner@wgwc-law.com

                                                  /s/ Benjamin A. Sales
                                                  Office of the United States Trustee