UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| DENVER BOULDERING CLUB, LLC, | ) Case No. 25-14161 TBM |
| | ) Chapter 11, Subchapter V |
| | ) |
| Debtor. | ) |

## APPLICATION TO EMPLOY WADSWORTH GARBER WARNER CONRARDY, P.C. AS COUNSEL FOR THE DEBTOR-IN-POSSESSION

COMES NOW Denver Bouldering Club, LLC ("Debtor"), by and through undersigned counsel, for its *Application to Employ Wadsworth Garber Warner Conrardy, P.C. as Counsel for the Debtor-in-Possession*, and in support thereof, respectfully states as follows:

1. Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V of the United States Bankruptcy Code on July 3, 2025 (the "Petition Date"), and is operating as a debtor-in-possession.

2. Debtor has selected the firm of Wadsworth Garber Warner Conrardy, P.C. ("WGWC") by reason of their expertise and experience in bankruptcy matters and believes that said attorneys are well-qualified to represent Debtor in this proceeding.

3. WGWC will counsel and assist Debtor in all matters necessary to fully administer the Chapter 11 case and perform all legal services for Debtor as may become necessary herein, including:

    a. Preparation on behalf of Debtor of all necessary reports, orders, and other legal papers required in this Chapter 11 proceeding;

    b. Performance of all legal services for Debtor as debtor-in-possession which may become necessary herein; and

    c. Representation of Debtor in any litigation which Debtor determines is in the best interest of the estate, whether in state or federal court(s).

4. Debtor desires to employ WGWC because of the extent and complexity of the legal services required in this proceeding.

5. WGWC does not hold or represent any interest adverse to Debtor and/or the bankruptcy estate, except as stated herein, and is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14). To the best of its knowledge and except as otherwise disclosed herein, the firm of WGWC has no connection with any of the creditors of Debtor, Debtor, or any other party

in interest, their respective attorneys and/or accountants, the United States Trustee, and any person employed by the Office of the United States Trustee, other than:

    a. David V. Wadsworth was appointed as a Chapter 7 trustee in Colorado in October 2009; and

    b. David J. Warner was appointed as a Chapter 7 trustee in Wyoming in October 2021.

Attached hereto as **Exhibit 1** is a verified statement by the attorney attesting to these facts.

6. Prior to the filing of the petition, WGWC provided general representation in addition to pre-bankruptcy planning services to Debtor.

7. WGWC received a retainer at the commencement of its employment in the amount of $20,000.00 plus $1,738.00 for the filing fee from Debtor. From the date of its employment through the Petition Date, WGWC billed Debtor $2,985.00 in attorneys' fees and $1,738.00 in costs for bankruptcy related services. The firm was paid in full for such fees and costs from the prepetition retainer. WGWC is seeking approval of the retainer in a separate motion.

8. Debtor believes that employment of the law firm of WGWC as attorneys for Debtor is in the best interest of the creditors and the bankruptcy estate.

9. The professionals' hourly rates for the services referenced above are as follows:

| | |
|---|---|
| David V. Wadsworth | $500.00 per hour |
| Aaron A. Garber | $500.00 per hour |
| David J. Warner | $425.00 per hour |
| Aaron J. Conrardy | $425.00 per hour |
| Hallie Cooper | $225.00 per hour |
| Paralegals | $125.00 per hour |

10. WGWC shall make application to the Court pursuant to the rules and orders of this Court and the Fed.R.Bankr.P. for payment of fees and expenses.

11. WGWC requests that WGWC's employment be made effective as of July 3, 2025, the date this application was filed, pursuant to L.B.R. 2014-1(c).

WHEREFORE, Debtor respectfully requests that this Court enter an Order, a proposed form filed herewith, authorizing Debtor to employ the law firm of Wadsworth Garber Warner Conrardy, P.C. as counsel for Debtor in this bankruptcy proceeding, and for such other and further relief as the Court deems just.

DATED this 3rd day of July, 2025.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ David J. Warner*
David J. Warner, #38708
2580 West Main Street, Suite 200
Littleton, Colorado 80128
303-296-1999 / 303-296-7600 FAX
dwarner@wgwc-law.com
Proposed attorneys for the Debtor-in-Possession