# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DENVER BOULDERING CLUB, LLC, | ) | Case No. 25-14161 TBM |
| | ) | Chapter 11, Subchapter V |
| | ) | |
| | ) | |
| Debtor. | ) | |

## VERIFIED STATEMENT OF ATTORNEY

1. I am a partner with Wadsworth Garber Warner Conrardy, P.C. (the "Firm").

2. The Firm are attorneys and counselors of law duly admitted to the practice of law in the State of Colorado and this Court.

3. The Firm's offices for the practice of law are located at 2580 West Main Street, Suite 200, Littleton, Colorado 80120.

4. The Firm does not represent any party in interest adverse to the interest of Debtor. The Firm does not represent any creditor, shareholder, officer, or director of Debtor except as disclosed in the Application. The Firm is disinterested as defined by 11 U.S.C. § 101(14) and does not have or represent an interest materially adverse to the interest of the estate or of any class of creditors.

5. The Firm is not aware of any connection with Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as disclosed in the Application.

6. The statements contained in the Application to Employ Wadsworth Garber Warner Conrardy, P.C. as Counsel for the Debtor-in-Possession are true and correct to the best of my knowledge and belief.

/s/ *David J. Warner*
David J. Warner