# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DENVER BOULDERING CLUB, LLC, ) | Case No. 25-14161 TBM |
| ) | Chapter 11, Subchapter V |
| ) | |
| ) | |
| Debtor. ) | |

## ORDER APPROVING APPLICATION TO EMPLOY WADSWORTH GARBER WARNER CONRARDY, P.C. AS COUNSEL FOR THE DEBTOR-IN-POSSESSION

THIS MATTER comes before the Court on the *Application to Employ Wadsworth Garber Warner Conrardy, P.C. as Counsel for the Debtor-in-Possession* (the "Application"). The Court, having read the Application, and it appears that the law firm of Wadsworth Garber Warner Conrardy, P.C. ("WGWC"), the proposed attorneys, are duly admitted to practice in this Court, and the Court being satisfied that WGWC represents no interest adverse to Debtor and the creditors, nor do said attorneys represent any interest adverse to the estate in the matters upon which they are to be engaged, and that their appointment is necessary and would be in the best interests of the estate, does hereby ORDER that

The Application is APPROVED. Pursuant to L.B.R. 2014-1(c), WGWC's employment is effective July 3, 2025, the date the Application was filed.

DATED this ____ day of _____, 2025.

BY THE COURT:

_____
Hon. Thomas B. McNamara
United States Bankruptcy Judge