# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| DENVER BOULDERING CLUB, LLC, | ) Case No. 25-14161 TBM |
| | ) Chapter 11, Subchapter V |
| | ) |
| | ) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

**9013-1 Certificate of Service of Motion, Notice and Proposed Order:**

The undersigned certifies that on July 3, 2025, I served by prepaid United States first-class mail, or electronically through CM/ECF, a copy of the Application to Employ Wadsworth Garber Warner Conrardy, P.C. as Counsel for the Debtor-in-Possession, exhibit, and proposed Order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed.R.Bankr.P. and the L.B.R. at the following addresses:

Denver Bouldering Club, LLC
2333 S Balsam Ln.
Denver, CO 80227

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov


                                    */s/ Sydney Schillereff*
                                    For Wadsworth Garber Warner Conrardy, P.C.