**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| DENVER BOULDERING CLUB, LLC, | ) Case No. 25-14161 TBM |
| | ) Chapter 11, Subchapter V |
| | ) |
| | ) |
| Debtor. | ) |

**MOTION TO APPROVE RETAINER FOR WADSWORTH GARBER WARNER CONRARDY, P.C. AS COUNSEL FOR THE DEBTOR-IN-POSSESSION**

COMES NOW Denver Bouldering Club, LLC ("Debtor"), by and through its proposed undersigned counsel, for its *Motion to Approve Retainer for Wadsworth Garber Warner Conrardy, P.C. as Counsel for the Debtor-in-Possession*, and in support thereof, respectfully states as follows:

1. Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V of the United States Bankruptcy Code on July 3, 2025 (the "Petition Date") and is operating as a debtor-in-possession.

2. Wadsworth Garber Warner Conrardy, P.C. ("WGWC") received a retainer at the commencement of its employment in the amount of $21,738.00. The retainer was paid by Debtor.

3. From the date of its employment through the Petition Date, WGWC billed the Debtor $2,985.00$ in attorneys' fees and $1,738.00 in costs for bankruptcy-related services. The firm was paid in full for such fees and costs from the amounts deposited by Debtor.

4. WGWC is holding the balance of the retainer: $17,015.00.

5. WGWC asserts a security interest in the retainer. In the event the case is converted to a Chapter 7 proceeding, the security interest in the retainer may enable WGWC to receive payment of its fees and expenses to the extent of the retainer while other administrative expenses remain unpaid. Any sums remaining at the close of the representation will be refunded to Debtor. There are no liens or interests in the retained funds other than the security interest claimed by WGWC.

6. WGWC shall make an application to the Court pursuant to the rules and orders of this Court and the Fed.R.Bankr.P. for payment of fees and expenses from the retainer.

WHEREFORE, Debtor respectfully requests that this Court enter an Order, a proposed form filed herewith, approving the retainer in the amount of $17,015.00, and granting such other and further relief as the Court deems just and proper.

DATED this 3rd day of July, 2025.

                Respectfully submitted,

                WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ David J. Warner*
David J. Warner, #38708
2580 West Main Street, Suite 200
Littleton, Colorado 80128
303-296-1999 / 303-296-7600 FAX
dwarner@wgwc-law.com
Proposed attorneys for the Debtor-in-Possession