## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DENVER BOULDERING CLUB, LLC, | ) | Case No. 25-14161 TBM |
| | ) | Chapter 11, Subchapter V |
| | ) | |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING MOTION TO APPROVE RETAINER FOR WADSWORTH GARBER WARNER CONRARDY, P.C. AS COUNSEL FOR THE DEBTOR-IN-POSSESSION

THIS MATTER comes before the Court on the *Motion to Approve Retainer for Wadsworth Garber Warner Conrardy, P.C. as Counsel for the Debtor-in-Possession* (the "Motion"). The Court, having read the Motion and any responses or objections thereto, and being fully advised in the premises, does hereby

ORDER that the Motion is GRANTED. Wadsworth Garber Warner Conrardy, P.C.'s retainer in the amount of $17,015.00 is approved. Wadsworth Garber Warner Conrardy, P.C. may only draw on the retainer subject to further order of the Court.

DATED this _____ day of _____, 2025.

BY THE COURT:

_____
Hon. Thomas B. McNamara
United States Bankruptcy Judge