# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Denver Bouldering Club, LLC ) | Case No. 25-14161-TBM |
| Tax ID / EIN: 26-4025588 ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Jonathan M. Dickey
> 1660 Lincoln Street, Suite 1720
> Denver, CO 80264
> 303-832-2400
> jmd@kutnerlaw.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: 7/3/2025

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee, Region 19

/s/ Benjamin A. Sales
By: Benjamin A. Sales, #51551
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, CO   80294
(303) 312-7236
Benjamin.a.sales@usdoj.gov