# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| DENVER BOULDERING CLUB, LLC, | ) Case No. 25-14161 TBM |
| | ) Chapter 11, Subchapter V |
| | ) |
| | ) |
| Debtor. | ) |

## NOTICE OF FILING OF CHAPTER 11 DEBTOR'S MOTION SEEKING EXPEDITED ENTRY OF ORDERS

L.B.R. 2081-1 provides that a hearing will be held on the above-named Debtor's motion within three days, if possible. Debtor will provide notice of the time and place of the hearing via fax or email only if you respond to this Notice via fax or email stating that you wish to be notified of the hearing. Your response may be in the form of L.B.F. 2081-1.3 and must specify the fax or email address at which you wish to receive notice. If you specify more than one method of notice, Debtor will use the method most readily available to Debtor. You may also obtain information on the time and place of the hearing by checking the Court's calendar at www.cob.uscourts.gov.

Requests for notice of the hearing shall be faxed or email to Debtor's attorney at **(303) 296-7600** or **dwarner@wgwc-law.com**.

DATED July 3, 2025.        Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ David J. Warner*
David J. Warner, #38708
2580 West Main Street, Suite 200
Littleton, Colorado 80128
303-296-1999 / 303-296-7600 FAX
dwarner@wgwc-law.com
Attorneys for the Debtor-in-Possession