UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| DENVER BOULDERING CLUB, LLC, | ) Case No. 25-14161 TBM |
| | ) Chapter 11, Subchapter V |
| | ) |
| | ) |
| Debtor. | ) |

**COVERSHEET FOR MOTION SEEKING EXPEDITED ENTRY OF ORDERS AND NOTICE OF IMPENDING HEARING THEREON**

Denver Bouldering Club, LLC, the debtor in the above-captioned Chapter 11 case filed on July 3, 2025, filed a motion seeking expedited entry of the following orders pursuant to L.B.R. 2081-1:

| | |
|---|---|
| ☐ | Order Authorizing the Joint Administration of Multiple Debtor Bankruptcy Cases (*see* L.B.R. 1015-1) |
| ☒ | Order Authorizing Payment of Prepetition Wages, Salaries, Expenses |
| ☒ | Interim Order Authorizing Use of Cash Collateral (*see* L.B.R. 4001-2) |
| ☐ | Interim Approval of Postpetition Secured and/or Superpriority Financing Pursuant to 11 U.S.C. § 364(c) |
| ☐ | Order Authorizing Payment of Prepetition Claims of Certain Critical Vendors and Suppliers |
| ☐ | Order Authorizing Debtor to Honor Certain Customer Obligations, Including Warranty Claims |
| ☐ | Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Restraining Utility Companies from Discontinuing, Altering, or Refusing Service |
| ☐ | Order Establishing Interim Notice Procedures (*see* L.B.R. 2081-2) |
| ☐ | Order Authorizing Bonus or Retention Plans |
| ☐ | Order Authorizing Retention of Cash Management Systems |
| ☐ | Order Establishing Investment Guidelines |
| ☐ | Other Orders |

DATED this 3rd day of July, 2025.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ David J. Warner*
David J. Warner, #38708
2580 West Main Street, Suite 200
Littleton, Colorado 80128
303-296-1999 / 303-296-7600 FAX
dwarner@wgwc-law.com
Attorneys for the Debtor-in-Possession