# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:                                        )
                                              )
DENVER BOULDERING CLUB, LLC,                  )    Case No.
                                              )    Chapter 11, Subchapter V
                                              )
                                              )
        Debtor.                               )

## AFFIDAVIT OF THOMAS BETTERTON IN SUPPORT OF MOTION SEEKING EXPEDITED ENTRY OF ORDERS AND NOTICE OF IMPENDING HEARING THEREON

STATE OF COLORADO    )
                     )ss.
Jefferson  COUNTY    )

Thomas Betterton, being first duly sworn and deposed, states as follows:

1.  I am the CEO and Managing Member of Denver Bouldering Club, LLC.

2.  To the best of my knowledge, the facts alleged in the Motion Seeking Expedited Entry Orders and Notice of Impending Hearing Thereon are true and correct and are incorporated herein by this reference.

_____
Thomas Betterton

On this  3  day of  July  , 2025, before me personally came Thomas Betterton, known to me to be the individual who executed the foregoing Affidavit and who acknowledged execution of the same.

_____
Notary Public
My commission expires: 2.5.29

```
JENNIFER ARELLANO
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20254004381
MY COMMISSION EXPIRES FEB 5, 2029
```