| | | | |
|---|---|---|---|
| **Current** | **$ 40,281.99** | | |
| **Item** | **Date** | **Amount** | **Remaining Balance** |
| Expected Income | 6/30/25 | $ 7,165.00 | $ 47,446.99 |
| Attorney Fee | 6/30/25 | $ (21,738.00) | $ 25,708.99 |
| Payroll | 6/30/25 | $ (23,000.00) | $ 2,708.99 |
| Key People | 6/30/25 | $ (1,075.00) | $ 1,633.99 |

# Denver Bouldering Club, LLC
# CASH FLOW PROJECTION: July to December 2025

| Beginning Cash Balance | $ 9,000 | $ 9,939 | $ 16,664 | $ 12,099 | $ 34,253 | $ 60,868 |
|---|---|---|---|---|---|---|

### Projected Income

| Category | July | August | September | October | November | December |
|---|---|---|---|---|---|---|
| Cash Sales | $ 82,270 | $ 83,792 | $ 72,501 | $ 99,221 | $ 106,282 | $ 101,341 |

### Projected Expenses

| Category | July | August | September | October | November | December |
|---|---|---|---|---|---|---|
| 1st of Month Payroll | $ 22,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 |
| 15th of Month Payroll | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 |
| Central Gym Rent | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 | $ 12,500 |
| South Gym Rent | $ 8,610 | $ 8,610 | $ 8,610 | $ 8,610 | $ 8,610 | $ 8,610 |
| Insurance | $ 2,362 | $ 2,362 | $ 2,362 | $ 2,362 | $ 2,362 | $ 2,362 |
| Xcel Bill (Utilities) | $ 4,124 | $ 2,028 | $ 2,028 | $ 2,028 | $ 2,028 | $ 2,028 |
| Comcast Bill (Utilities) | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |
| Waste Management Bill | $ 453 | $ 453 | $ 453 | $ 453 | $ 453 | $ 453 |
| Pinnacol (Workers Comp) | $ 699 | $ 699 | $ 699 | $ 699 | $ 699 | $ 699 |
| Key People (Janitorial) | $ 1,075 | $ 1,075 | $ 1,075 | $ 1,075 | $ 1,075 | $ 1,075 |
| Google Suite (Website) | $ 106 | $ 106 | $ 106 | $ 106 | $ 106 | $ 106 |
| SBA Payment | $ 2,437 | $ 2,437 | $ 2,437 | $ 2,437 | $ 2,437 | $ 2,437 |
| Gym Master (Software) | $ 169 | $ - | $ - | $ - | $ 2,600 | $ - |
| Mailerlite (Marketing) | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 | $ 120 |
| Contract Employee | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 | $ 1,100 |
| Spotify | $ 51 | $ 51 | $ 51 | $ 51 | $ 51 | $ 51 |
| Merchant Processing Fees | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 |
| CPA | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 | $ 750 |
| STOKED (Software) | $ 26 | $ 26 | $ 26 | $ 26 | $ 26 | $ 26 |
| MISC Supplies/Materials | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| | | | | | | |
| Total | $ 81,331 | $ 77,067 | $ 77,067 | $ 77,067 | $ 79,667 | $ 77,067 |
| | | | | | | |
| Net Cash Flow | $ 939 | $ 6,725 | $ (4,566) | $ 22,154 | $ 26,615 | $ 24,274 |
| | | | | | | |
| Ending Cash Balance | $ 9,939 | $ 16,664 | $ 12,099 | $ 34,253 | $ 60,868 | $ 85,143 |