**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| DENVER BOULDERING CLUB, LLC, ) | Case No. 25-14161 TBM |
| ) | Chapter 11, Subchapter V |
| ) | |
| ) | |
| Debtor. ) | |

**ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, AND EXPENSES**

THIS MATTER comes before the Court on Denver Boulder Club, LLC's ("Debtor") Motion Seeking Expedited Entry of Orders and Notice of Impending Hearing Thereon (the "Motion"). The Court, having read the Motion, any responses or objections thereto, the Notice thereof, and having considered all pleadings filed with the Court, and finding the applicable notice of the hearing was served in accordance with the applicable rules, and with good and sufficient cause appearing for granting the requested relief, the Court does hereby ORDER:

The relief requested in the Motion is GRANTED with respect to payment of prepetition wages, salaries, and expenses. Debtor is authorized, but not required, to immediately pay the approximate amount of compensation to employees described in the Motion.

DATED this ____ day of _____, 2025.

BY THE COURT:

_____
Hon. Thomas B. McNamara
United States Bankruptcy Judge