# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DENVER BOULDERING CLUB, LLC, ) | Case No. 25-14161 TBM |
| ) | Chapter 11, Subchapter V |
| ) | |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 3, 2025, I served a copy of the:

1. Coversheet for Motion Seeking Expedited Entry of Orders and Notice of Impending Hearing Thereon;

2. Notice of Filing of Chapter 11 Debtor's Motion Seeking Expedited Entry of Orders;

3. L.B.F. 2081-1.3 Response and Request for Notice of Hearing;

4. Motion Seeking Expedited Entry of Orders and Notice of Impending Hearing Thereon;

5. Proposed Interim Order Authorizing Debtor's Use of Cash Collateral;

6. Proposed Order Authorizing Payment of Prepetition Wages, Salaries, and Expenses; and

7. Affidavit of Thomas Betterton in Support of Motion Seeking Expedited Entry of Orders and Notice of Impending Hearing Thereon

on those entitled to service pursuant to the Fed.R.Bankr.P. and the L.B.R., including all parties who have requested notice, via the method shown below:

Stacey Dawes
U.S. Small Business Administration
Email: stacey.dawes@sba.gov

U.S. Trustee
Email: USTPRegion19.DV.ECF@us.gov

Denver Bouldering Club, LLC
2333 S Balsam Ln.
Denver, CO 80227
Email: thomas@denverboulderingclub.com

Internal Revenue Service
Insolvency Unit
Fax: (855) 364-2883

Colorado Department of Revenue
Tax Audit and Compliance Division
Fax: (303) 866-2265

Chase Bank
Fax: (614) 422-7575

                                                                  /s/ *Sydney Schillereff*
                                                                  For Wadsworth Garber Warner Conrardy, P.C.