# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 25-14161-TBM |
| DENVER BOULDERING CLUB, LLC ) | |
| ) | |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |

## ORDER GRANTING MOTION BY SUBCHAPTER V TRUSTEE TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE

THIS MATTER came before the Court upon the *Motion by Subchapter V Trustee to Appear Telephonically at Status Conference* (Docket No. 64, the "**Motion**"), filed by Jonathan M. Dickey, the Subchapter V trustee (the "**Trustee**"). The Court, having reviewed and being duly advised does hereby

ORDER that the Motion is GRANTED. The Trustee is authorized to attend the Status Conference set for Thursday, August 21, 2025 at 3:00 P.M. by telephone. The Trustee shall call the Court at: 1-833-568-8864 or 1-833-435-1820 at least five (5) minutes prior to the time of the scheduled hearing. Enter the Meeting ID: 160 248 1883, press # when prompted to enter participant ID. The Court strongly recommends use of a land line if appearing by phone. Please stay on the line until the Court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in Court, it will be deemed a failure to appear. Failure to connect to the conference call line in a timely manner may preclude your participation in the hearing. In the event you are otherwise unable to connect after following the instructions provided above, please call the Court at 720-904-7300 for assistance.

DATED this 20th day of August, 2025.

BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Judge