# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DENVER BOULDERING CLUB, LLC, ) | Case No. 25-14161 TBM |
| ) | Chapter 11, Subchapter V |
| ) | |
| ) | |
| Debtor. ) | |

## ORDER GRANTING MOTION TO ASSUME UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASE WITH NR DENVER INDUSTRIAL PORTFOLIO LLC

THIS MATTER comes before the Court on the Motion to Assume Unexpired Nonresidential Real Property Lease (Docket No. 44, the "Motion") filed by Denver Bouldering Club, LLC ("Debtor"), debtor-in-possession. The Debtor asserts it provided proper notice of the Motion and no objection has been filed. Accordingly, the Court does hereby

ORDER that the Motion is GRANTED. The Court

FURTHER ORDERS that Debtor, as tenant, is AUTHORIZED to assume its nonresidential real property lease with NR Denver Industrial Portfolio LLC, as landlord, of the premises located at 2485 West 2nd Avenue Units 18-20 and portions of Units 16 and 22, Denver, Colorado 80223, and such lease is deemed to have been ASSUMED under the terms of the lease.

DATED this 20th day of August, 2025.

BY THE COURT:

_Thomas B. McNamara_
Hon. Thomas B. McNamara
United States Bankruptcy Judge