UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minutes of Proceeding/Minute Order

| Date: August 21, 2025. | Honorable Thomas B. McNamara, Presiding |
|---|---|
| | Anne E. R. Tunnell, Law Clerk |

In re: DENVER BOULDERING CLUB, LLC,

Debtor.

Case No. **25-14161 TBM**
Chapter 11 Subchapter V

| | Appearances | | |
|---|---|---|---|
| USTrustee | | Counsel | **Benjamin Sales** |
| Subch V Tee | **Jonathan M. Dickey** | Counsel | **Pro se (by phone)** |
| Debtor | | Counsel | **Aaron J. Conrardy** |

**Proceedings**: Status Conference Convened Pursuant to 11 U.S.C. § 1188.

[X] Counsel for the Debtor and the United States Trustee (the "UST") entered their appearances on the record in the Courtroom. The Subchapter V Trustee, Jonathan M. Dickey (the "Subchapter V Trustee") entered his appearance on the record by telephone.

[X] The representative of the Debtor, Thomas Betterton, was present in the Courtroom with Debtor's counsel.

[X] Debtor's counsel provided the Court with a general overview of the events which precipitated the filing of the case, including the need to reject an unprofitable lease of space, the Debtor's business as a bouldering gym, its operations, and its prospects for reorganization, including continuing to operate out of the Debtor's two remaining leased spaces.

[X] The Debtor's counsel represented that the Debtor anticipates filing a plan within the next 30 days and is optimistic that it will be a consensual plan. The Debtor is awaiting the filing of a claim/motion for allowance or quantification of the landlord's claim for rejection of the lease for the unprofitable lease. Debtor's counsel further advised that there are no motions that the Court has not ruled on; that the Debtor does not anticipate the filing of any adversary proceedings; and that the Debtor has appropriate insurance in place.

[X] Counsel for the UST reported that the Section 341 meeting had been convened, that the Debtor had opened a debtor-in-possession account and provided the UST with proof of insurance. Counsel for the UST noted that the Debtor had yet to file the documents required by Section 1116. Counsel for the UST also commented on his review of the most recent monthly operating report and expressed optimism about the prospect for success in the case and a consensual plan.

[X] The Subchapter V Trustee echoed the comments of the UST's counsel and shared his optimism for the success of the case and the possibility for a consensual plan.

[X] Counsel for the Debtor stated the Debtor would promptly file the missing Section 1116 documents.

**Orders:**

[X] The Court convened and adjourned the Section 1188 Status Conference. The Court stressed the importance of the Debtor timely filing its Subchapter V Plan. The Court complemented counsel, the Subchapter V Trustee and the Debtor's representative for their participation in the Status Conference and presentation of information about the status of the case.

---

Date: August 21, 2025

IT IS SO ORDERED:

_Thomas B. McNamara_
Honorable Thomas B. McNamara,
United States Bankruptcy Judge

FOR THE COURT:
*Kenneth S. Gardner, Clerk of Bankruptcy Court*

By: _Anne E. R. Tunnell_
Anne E. R. Tunnell, Law Clerk