**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| DENVER BOULDERING CLUB, LLC, | )  Case No. 25-14161 TBM |
| | )  Chapter 11, Subchapter V |
| Debtor. | ) |

_____

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**
_____

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby gives notice of his appearance as counsel on behalf of debtor-in-possession, **Denver Bouldering Club LLC**, and further requests that all notices, pleadings, and other documents filed and/or served in this case, including all such notices described in Rule 2002 of the Bankruptcy Rules or given pursuant to Rule 9013-1.1 of the Local Rules of Bankruptcy Procedure, be served upon the following:

> Aaron J. Conrardy Esq.
> Wadsworth Garber Warner Conrardy, P.C.
> 2580 W. Main Street, Suite 200
> Littleton, Colorado 80120

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

DATED this 1st day of December 2025.

> Respectfully submitted,
>
> WADSWORTH GARBER WARNER CONRARDY, P.C.
>
> */s/ Aaron J. Conrardy*
> David J. Warner, # 38708
> Aaron J. Conrardy, #40030
> 2580 Main Street, Suite 200
> Littleton, CO 80120
> Phone: (303) 296-1999/Fax: (303) 296-7600
> E-mails: dwarner@wgwc-law.com
> aconrardy@wgwc-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of December, 2025, I caused the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**, to be served electronically via CM/ECF or United States Mail, postage prepaid, to the following:

Denver Bouldering Club, LLC
2333 S Balsam Ln.
Denver, CO 80227

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov

Benjamin Sales
benjamin.a.sales@usdoj.gov

Jonathan M Dickey
jondickeytrustee@gmail.com

                                              */s/ Sydney F. Schillereff*
                                              For Wadsworth Garber Warner Conrardy, P.C.