## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 25-14161 TBM |
| DENVER BOULDERING CLUB, LLC ) | |
| EIN: 26-4025588 ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

**ORDER CONFIRMING DEBTOR'S SUBCHAPTER V PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1191(b)**

Upon consideration of the Debtor's Subchapter V Plan of Reorganization dated November 21, 2025 (Docket No. 88, the "Plan"), the record in this case, the Declaration of Thomas Betterton (Docket No. 90) and the Joint Brief filed by the Subchapter V Trustee and the Debtor (Docket No. 91), the Court hereby FINDS AND CONCLUDES as follows:

### I. JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. Confirmation of the Plan is a core proceeding under 28 U.S.C. § 157(b)(2)(L).

3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### II. NOTICE AND SOLICITATION

4. Adequate and sufficient notice of the Plan and the confirmation hearing was provided in accordance with the Bankruptcy Code and Rules.

### III. COMPLIANCE WITH §1129(a) AND SUBCHAPTER V STATUTES

6. The Plan complies with the applicable provisions of the Bankruptcy Code, including 11 U.S.C. §§ 1129(a) other than Section 1129(a)(10).

7. The Debtor, as plan proponent, has complied with all applicable provisions of the Bankruptcy Code.

8. The Plan has been proposed in good faith within the meaning of §1129(a)(3).

9. Payments for services, costs, and expenses comply with §1129(a)(4).

10. The Debtor has disclosed all management and insiders as required under §1129(a)(5).

11. The Plan satisfies the best-interests test of §1129(a)(7).

12. The Plan is feasible and is not likely to be followed by liquidation or further reorganization (§1129(a)(11)).

### IV. TREATMENT OF CLASSES AND ACCEPTANCES

13. One or more impaired classes have not accepted the Plan and the Debtor through the Declaration of Thomas Betterton requests that the Debtor's Plan be confirmed under §1191(b).

14. The Plan satisfies all applicable subsections of §1129(a) other than §§1129(a)(8), (10), and (15), which do not apply under Subchapter V non-consensual confirmation.

15. The Plan is fair and equitable within the meaning of §1191(c), because:

i. The Plan provides that the Debtor will contribute all projected disposable income for a period of 5 years, or the equivalent value (§1191(c)(2));

ii. There is a reasonable likelihood the Debtor will be able to make all payments (§1191(c)(3));

iii. The Plan provides appropriate remedies should the Debtor fail to make required payments (§1191(c)(3)(B)).

16. The Plan is confirmed pursuant to 11 U.S.C. §1191(b).

17. The Debtor will receive a discharge only upon completion of all payments due under the Plan (§1192).

## V. SUBCHAPTER V TRUSTEE

18. The duties of the Subchapter V Trustee shall not terminate until all payments under the Plan have been made but the Debtor shall be the disbursing agent for payments under the Plan.

## VI. PLAN IMPLEMENTATION

19. The Plan is binding on the Debtor, all creditors, equity holders, and other parties in interest under §§1141(a), 1181(a), and 1191.

20. The Debtor is authorized and directed to take all steps necessary to consummate the Plan.

21. All executory contracts and unexpired leases are rejected as provided in the Plan and §365.

## VII. RETENTION OF JURISDICTION

22. The Court retains jurisdiction to the extent permitted under 11 U.S.C. §§ 1142 and 1191 and 28 U.S.C. §§ 1334 and 157 to:

- resolve disputes regarding plan implementation;
- enforce the Plan;
- determine claims;

- enter discharge orders under §1181(c) or §1192;

- address matters involving the Subchapter V Trustee;

- modify the Plan under §1193.

## VIII. CONCLUSION

IT IS HEREBY ORDERED THAT:

1. The Debtor's Subchapter V Plan of Reorganization is CONFIRMED pursuant to §1191(b),

Dated: December 12, 2025.

BY THE COURT:

*Thomas B. McNamara*

Hon. Thomas B. McNamara
United States Bankruptcy